**Kevin VANGINDEREN, Plaintiff–Appellant,**

v.

**CORNELL UNIVERSITY, Defendant–Appellee.**

**Kevin Vanginderen, Plaintiff–Appellant,**

v.

**Cornell University; Bert Deixler, Defendants–Appellees.**

**Nos. 08–56020, 09–55053.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Nov. 6, 2009.

Filed Dec. 10, 2009.

Kevin Vanginderen, Chula Vista, CA, pro se.

Bert Deixler, Sr., Esquire, Proskauer Rose, LLP, Los Angeles, CA, Nelson E.

Roth, Cornell University, Office of University Counsel, Ithaca, NY, for Defendants–Appellees.

Before: BRIGHT,* BYBEE, and M. SMITH, Circuit Judges.

MEMORANDUM **

In this appeal, Kevin Vanginderen claims errors of law, fact, and in the admission of evidence. We have carefully examined these claims of error and determine that the rulings of the district court did not prejudice Vanginderen.

Accordingly, we **AFFIRM.** No costs are allowed on appeal.

* The Honorable Myron H. Bright, Senior United States Circuit Judge for the Eighth Circuit, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9TH CIR. R. 36–3.